IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES L. PADGETT, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    No. 5:24-CV-101-CAR-CHW |
| | : |
| | : |
| Commissioner TYRONE OLIVER, | : |
| et al., | : |
| | : |
| Defendants. | : |
| _____ | : |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to grant Defendants' Motion to Dismiss *pro se* Plaintiff James L. Padgett, Jr.'s federal claims without prejudice for failure to exhaust administrative remedies and decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss them without prejudice. Plaintiff has filed an Objection to the Recommendation. In his Objection, Plaintiff asserts, without explanation, that transfers are non-grievable under the Georgia Department of Corrections' grievance policy. But Plaintiff's claim in this case is failure to protect, which is a grievable issue under the policy. In fact, as Defendants point out, Plaintiff could grieve a transfer or housing issue

1

if "there is an alleged threat to the inmate's health or safety."[1] As the Magistrate Judge thoroughly set forth in the Recommendation, Plaintiff did not submit a grievance on his claims and complete the available grievance process. Thus, his claims must be dismissed for failure to exhaust his administrative remedies.

This Court has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. Having done so, the Court finds the Objection fails to save his claims. Accordingly, the Magistrate Judge's Recommendation [Doc. 57] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. Defendants' Motion to Dismiss [Doc. 16] is **GRANTED**. Plaintiff's federal claims are hereby **DISMISSED without prejudice**. The Court **DECLINES to exercise supplemental jurisdiction over Plaintiff's remaining state law claims** and **DISMISSES** them **without prejudice**.

**SO ORDERED**, this 25th day of July, 2025.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Doc. 24-1, pp. 2-3.